IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION

CASE NO. 1:25-cv-21036-DPG

JORGE JUAN RIZO OLMEA, individually and on behalf others similarly-situated,

    Plaintiff,

v.

BUSPATROL AMERICA, LLC, MIAMI-DADE COUNTY, THE SCHOOL BOARD OF MIAMI-DADE COUNTY, FL,

    Defendants.

_____/

## NOTICE OF FILING CIVIL COVER SHEET

Pursuant to Docket Entry No. 3, Plaintiff, Jorge Juan Rizo Olmea ("Plaintiff"), files this notice with the civil cover sheet attached.

Date: March 6, 2025.

    Respectfully submitted,

    **MORENO PERDOMO, PLLC**
    5000 S.W. 75th Avenue, Suite 400
    Miami, FL 33155
    Phone: 786-224-5093

    */s/ Gino Moreno*
    Gino Moreno, FBN: 112099
    gmoreno@morenoperdomo.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 6, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

    */s/ Gino Moreno*