**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 1:25-cv-21036-GAYLES/SHAW-WILDER**

**JORGE JUAN RIZO OLMEA, *et al*.,**

   **Plaintiffs**

**v.**

**BUSPATROL AMERICA, LLC, *et al.*,**

   **Defendants.**

_____/

**ORDER**

**THIS CAUSE** comes before the Court on Magistrate Judge Detra Shaw-Wilder's Omnibus Report and Recommendation on Defendants' Motions to Dismiss (the "Report"). [ECF No. 93]. The Report recommends that Defendant Miami-Dade County's Motion to Dismiss Amended Complaint, [ECF No. 36], and Defendants BusPatrol America, LLC ("BusPatrol") and the School Board of Miami-Dade County, Florida's ("School Board") Motion to Dismiss Plaintiff's Amended Class Action Complaint, [ECF No. 39], both be granted. On May 29, 2026, Plaintiffs filed objections to the Report (the "Objections"), [ECF No. 94]; and on June 1, 2026, the School Board and BusPatrol filed limited objections to the Report (the "Limited Objections"). [ECF No. 95]. On June 12, 2026, the School Board and Bus Patrol filed a response to Plaintiffs' Objections, [ECF No. 96], and Plaintiffs filed a response to the Limited Objections, [ECF No. 97].

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1)(C). The objected portions of the report and recommendation are accorded *de novo* review if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ.

P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). After conducting a *de novo* review of the record, the Court agrees with Judge Shaw-Wilder's well-reasoned analysis and conclusion that Defendants' Motions should be granted.

## CONCLUSION

Therefore, it is **ORDERED AND ADJUDGED** as follows:

(1)      Magistrate Judge Shaw-Wilder's Report and Recommendation, [ECF No. 93], is **ADOPTED in full.**

(2)      Defendant Miami-Dade County's Motion to Dismiss Amended Complaint, [ECF No. 36], is **GRANTED**.

(3)      Defendants BusPatrol America, LLC and the School Board of Miami-Dade County, Florida's Motion to Dismiss Plaintiffs' Amended Class Action Complaint, [ECF No. 39], is **GRANTED**.

(4)      Plaintiffs' Amended Class Action Complaint, [ECF No. 10], shall be **DISMISSED** without prejudice.

(5)      Plaintiffs' Motion for Leave to File Second Amended Class Action Complaint, [ECF No. 98], is **GRANTED**. Pursuant to Local Rule 15.1, Plaintiffs shall separately file their Second Amended Complaint on or before June 30, 2026.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 25th day of June 2026.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE